IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NIKOLAOS D. KLONIS,
    Plaintiff,

Case No. 1:24-cv-00046-GLF-LF

vs.

MARINE CORPS ASSOCIATION as
Publisher of LEATHERNECK MAGAZINE OF
THE MARINES

And

GEOFFREY ROECKER, individually
    Defendant.

### DEFENDANT GEOFFREY ROECKER'S NOTICE OF JOINDER IN DEFENDANT MARINE CORPS ASSOCIATION'S MOTION TO DISMISS

COMES NOW Defendant Geoffrey Roecker, ("Roeker"), by and through his counsel of record, Jennings Haug Keleher McLeod LLP (Cassandra R. Malone), and hereby provides notice of his joinder in the Motion to Dismiss (Doc. 7) filed by Defendant Marine Corps Association ("MCA") on February 21, 2024. Pursuant to Fed. R. Civ. P. 10(c), Roecker adopts by reference and incorporates herein all of Defendant MCA's arguments, points, and authorities in its Motion to Dismiss and requests the same relief sought therein.

Respectfully submitted,

**JENNINGS HAUG KELEHER McLEOD LLP**

By: */s/ Cassandra R. Malone*
Cassandra R. Malone
201 Third Street NW, Suite 1200
Albuquerque, New Mexico 87102
Telephone: (505) 346-4646
crm@jhkmlaw.com
*Attorneys for Defendant Geoffrey Roecker*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2024, I filed the foregoing electronically through the CM/ECF system which caused all counsel of record to be served via email.

*/s/ Cassandra R. Malone*
Cassandra R. Malone